EQUITY SERVICE CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JOHN IMPERIAL, Police Officer, Respondent, v. RAY CRAERIN, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.; Glennon, J., dissents and votes to reverse and dismiss the information.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRIST VITSOS, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and dismiss the information, on the ground that the People failed to offer proof sufficient to satisfy the requirements of section 395 of the Code of Criminal Procedure.

VARIETY, INC., Respondent, v. HARRY A. SKINNER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order upon payment of said costs and the costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

In the Matter of the Appraisal of the Estate of JOHN R. DREXEL, Deceased. STATE TAX COMMISSION, Appellant; CHARLES T. BACH, as Executor, etc., of JOHN R. DREXEL, Deceased, Respondent.— Order affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.; Untermyer, J., dissents and votes to reverse, for the reasons stated in *Matter of Harding* (254 App. Div. 668).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS CANTOR, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

DOMINICK MARINARO, Appellant, v. HAROLD F. ELDRIDGE, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

MOHAMMED AL RASCHID, Appellant, v. NEWS SYNDICATE CO., INC., Respondent. DE JUNI AL RASCHID, Appellant, v. NEWS SYNDICATE CO., INC., Respondent.— Judgments and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DENINO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.